IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| VIOLA DENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 07-PWG-1739-NE ) |
| REMAX, et al., | ) ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

On January 21, 2010 the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  A final judgment will be entered.

As to the foregoing it is SO ORDERED this the 16th day of February, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**